CROW

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal No.** 26-20379 MSN-atc |
| | ) | |
| **v.** | ) | **18 U.S.C. § 611** |
| | ) | |
| **CESAR SANCHEZ CORREA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about November 5, 2024, in the Western District of Tennessee, the defendant,

**CESAR SANCHEZ CORREA**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office, in violation of 18, United States Code, Section 611.

**A T R U E B I L L:**

____________________
**F O R E P E R S O N**

**DATED: October 29, 2026**

____________________________
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**